John F. MORAN, Receiver, Park Savings Bank, Appellant, v. Wm. S. JOHNSON.
No. 6786.

United States Court of Appeals for the District of Columbia.
Decided April 5, 1937.

J. Bruce Kremer, George B. Springston, Herbert M. Bingham, and H. Donald Kistler, all of Washington, D. C., for appellant.

Joseph T. Sherier, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, and GRONER, Associate Justices.

MARTIN, Chief Justice.

Under authority of a stipulation entered into in Moran v. Schlosberg, 67 App.D. C. 163, 90 F.(2d) 408, the decision of which controls in principle the present issue, this case is affirmed.